UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X  **6th** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Milady Cordero**  JOINT DEBTOR: _____  CASE NO.: **10-41221**
Last Four Digits of SS#  **xxx-xx-0292**  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **56.10** for months **1** to **3** ;
- B. $ **172.83** for months **4** to **59** ;
- C. $ **172.70** for months **60** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **0.00**  TOTAL PAID $ **0.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Green Tree Servicing, LLC  9119 Corporate Lake Dr; Suite 175  Tampa, FL 33634  Account No. 765036330 | Mobile Home: 1988 Fleetwood Sunpointe, 44' x 24', Serial Nos. FLFLH32A09663ST, FLFLH32B09663ST  $8,139.00 | 4.25% | $50.00 | 1 to 3 | $150.00 |
| | | | $156.12 | 4 to 59 | $8,742.72 |
| | | | $156.00 | 60 to 60 | $156.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**  Total Due $ _____
Payable $ _____ /month (Months ___ to ___)  Regular Payment $ _____

Unsecured Creditors: Pay $**1** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

> Debtor will provide copies of her income tax returns, if any, to the Chapter 13 Trustee on or before *May 15 during the pendency of the plan*. The debtor will amend Schedule I and J and modify the plan if necessary.
>
> Debtor will modify the plan to provide for the distribution of funds recovered from her future lawsuit which are not exempt pursuant to Fla. Const. Art. X. § 4(a)(2) to the secured and unsecured creditors.
>
> Debtor will be filing a complaint to resolve title and related issues concerning the above-referenced lien.
>
> Debtor will pay for insurance outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Milady Cordero
Milady Cordero
Debtor
Date: **May 9, 2011**

Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy