UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MILADY ALTAGRACIA
CORDERO
DEBTOR                                    /

CASE NO.: 10-41221-BKC-RAM
PROCEEDING UNDER CHAPTER 13

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$345.72** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: JUN 2 3 2016

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

MILADY ALTAGRACIA CORDERO
20221 NW 52 CT
#517

MILADY ALTAGRACIA CORDERO
20221 NW 52 CT
#517
OPA LOCKA, FL 33055

BORIS FOSTER, ESQ.
LAW OFFICES OF BORIS FOSTER
7850 NW 146 STREET, SUITE 415
MIAMI, FL 33016

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 10-41221-BKC-RAM

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

**CASE NO.: 10-41221-BKC-RAM**

| | |
|---|---:|
| MILADY ALTAGRACIA CORDERO<br>20221 NW 52 CT<br>#517<br>OPA LOCKA, FL  33055 | $345.72 |